UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00091-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEOVIGLIDO CASILLAS-CASILLAS
    Defendant.

_____

### ORDER
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, April 13, 2007,** and responses to these motions shall be filed by **Monday, April 23, 2007**.  It is

FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Thursday, May 3, 2007, at 1:30 p.m.**  It is

FURTHER ORDERED that a 2-day jury trial is set for **May 14, 2007, at 9:00 a.m.**

Dated:  April 4, 2007

                                         BY THE COURT:

                                         s/ Wiley Y. Daniel
                                         Wiley Y. Daniel
                                         U. S. District Judge