UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00091-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEOVIGLIDO CASILLAS-CASILLAS,

    Defendant.
_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter is before the Court upon a review of the file. Defense counsel Susan L. Fisch was allowed to withdraw at Defendant's Arraignment, Detention and Discovery Hearing on March 21, 2007. Although the Minutes of that hearing show that counsel Gordon Sanchez was there on behalf of Defendant, he has not entered an appearance in this case and is thus not counsel of record. Since Defendant is currently not represented, the Clerk of Court is directed to appoint replacement counsel for Defendant from the CJA list.

    The hearing on pending motions and final trial preparation conference set for Thursday, May 3, 2007, at 1:30 p.m. are **VACATED**. The 2-day jury trial set for May 14, 2007, at 9:00 a.m. remains set. New counsel who enters an appearance on behalf of Defendant may file a motion to continue the trial pursuant to 18 U.S.C. § 3161 if he or she believes it is appropriate.

    Dated: May 1, 2007