UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00091-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEOVIGLIDO CASILLAS-CASILLAS,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on Court on Defendant's Request to Continue Trial (filed May 3, 2007). The Court, having reviewed the motion and being fully advised in the premises, grants Defendant's motion pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Specifically, I find that the failure to grant a continuance in this case which I do not find to be complex at this time would deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, the motion indicates that defense counsel was just retained and has not had time to meet with Defendant, obtain and review the discovery, or conduct an investigation. Accordingly, it is clear that defense counsel needs additional time to prepare for trial. I find that the ends of justice served by a 60 day continuance of the speedy

trial deadlines outweigh the best interest of the public and Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that Defendant's Request to Continue Trial filed May 3, 2007, is **GRANTED**. The trial set to commence Monday, May 14, 2007, at 9:00 a.m. is **VACATED**. It is

FURTHER ORDERED that the speedy trial deadlines are extended for **sixty (60) days** pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). It is

FURTHER ORDERED that Defendant shall file any pretrial motions by **Monday, May 21, 2007**. The Government shall file responses to any pretrial motions by **Friday, June 1, 2007**. It is

FURTHER ORDERED that on or before **Friday, May 25, 2007**, the parties shall contact the Court to set new dates for a hearing on pending motions, if needed, a final trial preparation conference and trial within the extended Speedy Trial Act deadlines.

Dated:  May 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge