UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00091-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEOVIGLIDO CASILLAS-CASILLAS,

    Defendant.

_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A status conference is scheduled in the above matter for **June 4, 2007, at 4:00 p.m.**

    Dated:  May 25, 2007