IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 07-cr-00091-WYD

UNITED STATES OF AMERICA

    Plaintiff,

v.

LEOVIGLIDO CASILLAS-CASILLAS,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court on the Request by the Defense to Continue Motions Hearing and Setting of Jury Trial in Case (filed June 1, 2007).  This motion was heard at the status conference on Monday, June 4, 2007.  As stated on the record at the conference, it is

ORDERED that the Request by the Defense to Continue Motions Hearing and Setting of Jury Trial in Case is **GRANTED IN PART AND DENIED IN PART**.  The motion is granted to the extent that it seeks a continuance of the motions hearing and jury trial.  The motion is denied to the extent it requests that a trial date be set as the case is not ready to be set for trial.  The motion is also denied to the extent it seeks an ends of justice continuance pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  Instead, speedy trial deadlines are currently tolled pursuant to 18 U.S.C. § 3161(h)(1)(F).  It is

FURTHER ORDERED that the Government shall file a response to Defendant's motion to suppress by **Monday, June 18, 2007**.  It is

FURTHER ORDERED that the parties shall file status reports with the Court once it is determined what action needs to be taken in this case.

Dated: June 12, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge